```
STATE OF INDIANA      )        IN THE LAKE COUNTY SUPERIOR COURT
                      )SS:     CIVIL DIVISION
COUNTY OF LAKE        )        CAUSE NO. 45D___-_____-CT-_____
```

|  |  |
|---|---|
| MICHELLE HAYWOOD, ) | 45D10150 CT00135 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JURY DEMAND** |
| ) | |
| NOVARTIS PHARMACEUTICALS CORP. ) | 45D10150 CT00135 |
| ) | |
| Defendant. ) | |

### COMPLAINT

**COMES NOW** the plaintiff, Michelle Haywood, by counsel, and for her Complaint against the defendant, Novartis Pharmaceutical Corporation (hereinafter "Novartis"), states as follows:

1. At all times relevant herein, Novartis was and is a Delaware corporation doing business in the State of Indiana.

2. At all times relevant herein, plaintiff, Michelle Haywood, was and is a resident of Lake County, Indiana.

3. At the time of the incident giving rise to this Complaint, the defendant was a provider of prescription medication to the plaintiff.

4. The defendant's injury to the plaintiff occurred in the State of Indiana.

5. On July 8, 2015, Novartis disclosed Protected Health Information about the plaintiff, including her disease, treatment, and medical providers, to the plaintiff's co-workers and supervisors via facsimile transmission.

6. On July 8, 2015, Novartis also disclosed personal information about the plaintiff,

1

EXHIBIT A

including her social security number, date of birth, income, and Medicare number, to the plaintiff's co-workers and supervisors via facsimile transmission.

7. On May 19, 2015, the plaintiff had explicitly told the defendant in a written communication to not disclose her information via facsimile transmission to her place of employment.

8. The defendant negligently and/or with reckless indifference disclosed the plaintiff's medical and private information to others.

### Count One -- Negligence

9. Plaintiff hereby incorporates the foregoing paragraphs 1-8 as if set forth fully herein.

10. As a provider of pharmaceutical services, the defendant owes a non-delegable duty to its customers to protect the privacy and confidentiality of their Protected Health Information and personal information.

11. By and through its employee, Novartis breached its statutory and common law duties of confidentiality and privacy to the plaintiff.

13. As a direct and proximate result of this breach, plaintiff has suffered damages.

WHEREFORE, the plaintiff hereby demands judgment against defendant Novartis, for all damages, costs and interest, reasonable attorney's fee, and for all other just and proper relief.

### Count Two -- Negligent Training and Supervision

14. Plaintiff hereby incorporates the foregoing paragraphs 1-13 as if set forth fully herein.

15. As a provider of pharmaceutical services, the defendant owes a duty to its

customers to properly train its employees including training and instruction in the protection of customer privacy and confidentiality.

16.    Novartis breached its duty to plaintiff in the training and instruction of its employees in the protection of customer privacy and confidentiality.

17.    As a provider of pharmaceutical services, Novartis owes a duty to its customers to properly supervise its employees in the performance of their job duties and responsibilities.

18.    Novartis breached its duty to plaintiff in the supervision of its employees.

19.    As a direct and proximate result of Novartis's above-described negligence, plaintiff has suffered damages.

WHEREFORE, the plaintiff hereby demands judgment against Novartis for all damages, costs and interest, reasonable attorney's fee, and for all other just and proper relief.

### Count Three -- Public Disclosure of Private Facts

20.    Plaintiff hereby incorporates the foregoing paragraphs 1-19 as if set forth fully herein.

21.    By publicizing the plaintiff's disease to her co-workers and supervisors, Novartis committed the common law tort of Public Disclosure of Private Facts.

22.    As a direct and proximate result of the above-described breach, plaintiff has suffered damages.

WHEREFORE, the plaintiff hereby demands judgment against Novartis for all damages, costs and interest, reasonable attorney's fee, and for all other just and proper relief.

### Count Four – Punitive Damages

23.    Plaintiff hereby incorporates the foregoing paragraphs 1-22 as if set forth fully

herein.

24. Novartis disclosed the plaintiff's Protected Health Information and personal information to the plaintiff's co-workers and supervisors after being told in writing not to do so.

25. In so doing, Novartis acted with reckless indifference to the injury of the plaintiff.

WHEREFORE, the plaintiff hereby demands judgment against Novartis for punitive damages.

## JURY DEMAND

COMES NOW the plaintiff, Michelle Haywood, by counsel, and hereby requests trial by jury.

Respectfully submitted,

THE WALKER LAW GROUP, P.C.

By: _____
Tony Walker
Attorney No. 19911-45
Attorney for the Plaintiff

**THE WALKER LAW GROUP, P.C.**
363 S. Lake Street
Gary, IN 46403
(219) 887-2626
(800) 889-3689 (fax)