UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| Michelle HAYWOOD, )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>NOVARTIS PHARMACEUTICAL CORP. )<br>)<br>Defendant. ) | Case No: 2:15-CV-373-RL-APR |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Michelle Haywood, in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit. The plaintiff appeals from the final judgment of January 16, 2018 dismissing this case against Novartis Pharmaceutical Corp.

Signed this 13th day of February, 2018.

/s/ William Anthony Walker
Attorney for the Plaintiff

THE WALKER LAW GROUP, P.C.
363 S. Lake Street
Gary, Indiana 46403
(219) 887-2626 Telephone
(800) 889-3689 Facsimile